CV-14-PT-0598-S

FILED
2014 Apr-01 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

James Broadhead.

Inmate Identification Number: _224802,_

_____

(Enter above the full name of the plaintiff
in this action)

| |
|---|
| _NOTICE TO FILING PARTY_ |
| _It is your responsibility to notify the clerk in writing of any address change._ |
| _Failure to notify the clerk may result in dismissal of your case without further notice._ |

vs.

¹ Officer, ~~——————~~, nurse, LPN, Scott.

² Officer, 4o, C, SIMPSON,

³ Officer, 4o, Jason Smith,

⁴ Officer, 4o, B, MIRLLE
(Enter above full name(s) of the defendant(s)
in this action)

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( ✓ )       No ( )

    B.    If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff: _____

            _____

            Defendant(s): _____

            _____

2

"Statement"

5. C/o, S, Harrison.
6. C/o, S, Cooks.
7. C/o, Wilson.
8. C/o, BALLS.
9. C/o, T, Thomas.
10. Sgt, FOSTER.
11. C/o, A, Campbell.
12. C/o, J, Powell.
13. C/o, Phillips.
14. C/o, C, OLDS.
15. C/o, S, Coatney.
16. C/o, Brewer.
17. C/o, Brewnan.
18. C/o, T, Clarke.
19. C/o, A, Lewis.
20. C/o, M, Gasdon
21. C/o, Montgomery.
22. C/o, E, Wright.
23. C/o, C, SUTTON.
24. C/o, V, MAIZE.
25. C/o, E, MARTINS.
26. C/o, L, Cook.
27. H, Chancey. MHP.
28. nurse. LPN. Scott.
29. nurse. MHP. SUTTON.
30. nurse. MHP. S, Williams.
31. nurse. LPN. MHP. M, Wilson
32. Evelyn Dorsett
33. Couture mooler,
34. Breatwe,
35. Mcheref,

35. C/o, Darylw Brown,
~~[crossed out]~~
~~[crossed out]~~.
~~[crossed out]~~,
~~[crossed out]~~.
36. C/o, M, Harrison,
37. C/o, Nearer
38. C/o, J, Nearer.
39. C/o,
40. Sgt. S
41. C/o,         D
42. C/o, ~~[crossed out]~~
43. nurse LPN. M, Hall.

*3,*

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____ N/A _____

7. Approximate date of disposition _____

II. Place of present confinement _William E, Donaldson Correctional facility,_

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )      No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?      Yes ( )      No ( ✓ )

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not: _____

_____

_____

_____

_____

3

IV. EXHAUSTion of LEGAL reemeDIES.

16. There is no! Inmate Grievance proceduxe in the Alabama, Department of Correcctions AR #3/9, Inmate Grievance procedure is not available to inmates Because it is still on review.

17. Plaintiff, re-allege and incorporate by reference to paragraphs 1-16.

18. The unlawful Deadly Physical Force on-plaintiff constibute Assault and Battery. Violated plaintiff, James Broadhead, rights and Constitutic d A. Criminal Offense in Alabama under the Statutes code 18963. 44, sectrons & 13A-3-23, Section & 13A-12(8) sectison & 13A-1-2.(9), of the criminal Code of 1975,

19. The broken EL-bow and burst head and teeth broken of plaintiff. Violated plaintiff James Broadhead rights under the Statutes, Sections & 13A-3-23, 13A-1-2(8) 13A-1-2 (9) of the criminal code & of 1975, and constituted Dueprocess Violation unde Color of State o law under the Section & 8, 10, 11, 13, 15, of Axt I of the Constitution of Alabama of 1901, 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will continue to be irrep arably injured by the court of the defendants unless the court grants the prose cutions and the compensatory and punitive damages relief which plaintiff seeks,

VI. Prayer For relief.

Wherefore plaintiff respectfully prays that this courtenter judgment granting plaintiffs: 21). A declaration that the acts and omissions desc ribed here in Violated plaintiffs rights under the Statutes under the criminal offense under the title 13A criminal Code, of 1975, and the constitution and laws of the State of Alabama 22), compensatory delamages in the amount of $10,000,00 against each defendant jointly and severally 23), Punitive damages in the amount of $10,000,00 against ea achd efendant, 24). A juxytrialon all issuesi riable by jury 25), Gram ing Appoinnt ment of Counsel 26), Plaintiff cost in this case 27), circuit court judges authoxity granted them by law to exercise such other pow ers as are or may be granted them by law [312-17-26, code of Alabama 1975],

III.   Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.   Name of Plaintiff(s) _James m, Broadhead # 224802, segregation 5-12._

_William E, Doua ldson Correctbonal_

Address _Fadblbby 100, warrbor Lane_

_Bessemer, Al, 35023,_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant _____

Is employed as _____

at _____

C.   Additional Defendants _____

_____

_____

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_I, James M, Broadhead would like to make a state mension_

_behalf of the Assault that took place on me I was forced ws to_

_the ground from ablow to my testicle while on the_

_around i was Kick-ed again and again to the testicle This type_

_of Assault per for form ued on me was out of hate Be douse_

_of my convission How; Know this to betrue In the process_

4

of being Assault to the testicle I could hear a
Vaice say and, quote you'll never be able to rape
another old lady ung note you'll never be able to rape
another This is how i Know said Assault

## V.   RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

was per for m-ed out of pare hate,

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 3/30/2014 _____.

JAMES Broadhead 5-12.
SIGNATURE

ADDRESS William E. Donaldson

donnectional Facility 100. Warrior,

Bessemer Al, 35023,

AIS # 224802

5

6,

The Prisondo NOT have agrrberance Procebvore But I "Stbll made complaint To Warden and Commbssboner I" was Puton Transfere Donaldson Correectional 50 I Exhaust all availa ble administrative Remedies, before The filing of This The act of The (rena) Officer, and and Officer, C/O. all (4) is employed as Defendants acted under state law and color of state Law Wich Deadly Excessive force as The Plaintiff was Beat and Struck With security Sticks by (4) Officers Named herein as Defendants in Said case Therefore The Plaintiff was Strucka,

"Cooper Green Hospital" 989, Times by The Plaintiff was Placed IN 2 free world Hospital, where He Hada broken arm in (3) Places and Staples In The Head and (3) or (4) TeeThe was Knocked out as There was Threats on The Plaintiff Life as The Plaintiff was Transfered for His Safety as The Plaiff Had fracture To His feet and

ankle area from Deadly Excessive force from Defend ants, "Comaensatory Damages IN The amount of $10,000,00 agais NSTeach Defendant Jointly and sexerolly for Irre Parble IN Jurys. . . . . . Punstive Damages; IN The amount of $10,000,00 agais NSTeach Defendant; Jointly and severally for Irre Paxable IN Jurys. . . . . . for aTot alsum of $80, 000, 00 Thousand Dolla Ks Total Claim PlantiTff costin Lawsuit.

× James Bradley
# 224802,
His

Segregation S-12.

3-30-14
9:58 P.M.